### PUJIANG TALENT DIAMOND TOOLS CO., LTD., Plaintiff–Appellant,

v.

### UNITED STATES, Defendant–Appellee.

No. 2013–1470.

United States Court of Appeals, Federal Circuit.

April 14, 2014.

John Matthew Houkom, Quintana Law Group, of Calabasas, CA, argued for plaintiff-appellant. On the brief was Andres F. Quintana.

Alexander Orlando Canizares, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, Patricia M. McCarthy, Assistant Director, and Jane C. Dempsey, Trial Attorney. Of counsel on the brief was Nathaniel J. Halvorson, Attorney, Office of Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

DYK, WALLACH, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.